# TRACOR

11400 Commerce Park Drive
Reston, Virginia 22091-1506

# CERTIFICATE OF SERVICE

```
District/off: 0104-3        User: VAP           Page 1 of 1              Date Rcvd: Mar 29, 1999
Case: 98-16652SEK           Form ID: #01        Total Served: 20
```

The following entities were served by first class mail on Mar 31, 1999.
```
D        AVILES MORALES, MARIA,    HC 02 BOX 5449,    PENUELAS, PR 00624
DA       JULIO RIVERA TORO,,   BOX 5090,    PONCE, PR 00731
T        ANTONIO FIOL-MATTA,    268 P DE LEON STE 412 HME MTG PLAZA,    SAN JUAN, PR 00918
         OFFICE OF THE US TRUSTEE,    FEDERAL BUILDING ROOM 638,    CHARDON STREET,    SAN JUAN, PR 00918
         CAMARA DE COMERCIANTES MAYORISTAS,    PO BOX 195337,    HATO REY STA,    SAN JUAN, PR 00919-5337
         DEPARTAMENTO DE HACIENDA,    PO BOX 9024140 OFICINA 424-B,    SAN JUAN, PR 00902-4140
         STATE INSURANCE FUND,    HECTOR R. DIAZ GONZALEZ, ESQ.,    PO BOX 365028,    SAN JUAN, PR 00936-5028
         DEPT OF JUSTICE-FED. LITIGATION,    PO BOX 9020192,    SAN JUAN, PR 00902-0192
         AUTORIDAD DE ENERGIA ELECTRICA,    PO BOX 4267,    SAN JUAN, PR 00936
         DUN & BRADSTREET,    MIRIAM CHEVERE-DISTR. MANAGER,    BOX 363248,    SAN JUAN, PR 00936-3248
         P.R. DEPARTMENT OF LABOR,    PRUDENCIO RIVERA MARTINEZ BLDG.,
            SPECIAL PROCEDURE UNIT-12FLOOR  505 MUNOZ,    SAN JUAN, PR 00918
         OFFICE OF THE US TRUSTEE,    F DEGETAU FEDERAL BLDG ROOM 638,    CHARDON AVE,    SAN JUAN, PR 00918
1        AEELA,    PO BOX 364508,    SAN JUAN, PR 00936-4508
2        AVCO,    CITIBANK TOWER SUITE 701,    PONCE DE LEON AVE 252,    SAN JUAN, PR 00918
3        COMMOLOCO,    PO BOX 363769,    SAN JUAN, PR 00936-3769
4        ISLAND FINANCE-BANKRUPTCY DEPT,    PO BOX 195369,    SAN JUAN, PR 00919-5369
5        MUEBLERIA NOVOA,    APARTADO 203,    PENUELAS, PR 00624
6        COMMOLOCO,    LUIS FRED SALGADO ESQ,    PO BOX 363769,    SAN JUAN, PR 00936-3769
7        ISLAND FINANCE PUERTO RICO, INC.,    BANKRUPTCY DEPARTMENT,    PO BOX 195369,
            SAN JUAN, PR 00919-5369
8        AVCO FINANCIAL SERVICES,    CITIBANK TOWER,    252 AVE PONCE DE LEON SUITE 701,    SAN JUAN, PR 00918
```

The following entities were served by electronic transmission.
NONE.                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                    TOTAL: 0

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: 03/31/99                    Signature: *Joseph Speetjens*

31000825

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

AVILES MORALES, MARIA

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

Debtor(s)

CASE NO. 98-16652 SEK

Chapter 7

FILED & ENTERED
MAR 25 1999
CLERK
U.S. BANKRUPTCY COURT
SAN JUAN, PUERTO RICO

DISCHARGE OF DEBTOR

It appearing that a petition commencing a case under Title 11, United States Code, was filed by or against the person named above, and that an order for relief was entered under Chapter 7, and that no complaint objecting to the discharge of the debtor was filed within the time fixed by the Court or that a complaint objecting to discharge of debtor was filed and, after due notice and hearing, was not sustained;

**IT IS ORDERED THAT**

1. The above mentioned debtor is released from all dischargeable debts.

2. Any Judgment heretofore and hereafter obtained in any court other than this Court is null and void as a determination of personal liability of the debtor with respect to any of the following:

    (a) debts dischargeable under 11 U.S.C. 523;

    (b) unless heretofore and hereafter determined by order of this Court to be nondischargeable, debts alleged to be excepted from discharge under clauses (2), (4) and (6) of 11 U.S.C. 523(a);

    (c) debts determined by this Court to be discharged.

3. All creditors whose debts are discharged by this order and all creditors whose judgments are declared null and void by paragraph 2 above are enjoined from instituting or continuing any action or employing any process or engaging in any act to collect such debts as personal liabilities of the above named debtor.

San Juan, Puerto Rico, this 25 day of March, 1999.

Sara de Jesus
United States Bankruptcy Judge

1000824